JULIA L. FRIEDE, as Executrix of M. SERGEY FRIEDE, Deceased, et al., Respondents, *v.* RUSSO-ASIATIC BANK, Appellant, Impleaded with Others.

(Argued January 2, 1935: decided January 8, 1935.)

*Abraham J. Multer* for motion.

*Maurice Léon* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.